1  Ira M. Siegel, Cal. State Bar No. 78142
   email address:  irasiegel@earthlink.net
2  LAW OFFICES OF IRA M. SIEGEL
   433 N. Camden Drive, Suite 970
3  Beverly Hills, California 90210-4426
   Tel:     310-435-7656
4  Fax:    310-657-2187

5  Attorney for Plaintiff New Sensations, Inc.

6

7

8                UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 New Sensations, Inc.,                    CASE NO. CV 11-02770 MEJ
   a California corporation,
12                                          (Proposed) GRANTING PLAINTIFF'S
                           Plaintiff,       APPLICATION FOR
13                                          ENLARGEMENT OF TIME TO
                    v.                      SERVE DEFENDANTS
14
   DOES 1-1474,
15
                           Defendants.
16

17     The Court, having reviewed Plaintiff's Application for Enlargement of Time to Serve

18 Defendants and good cause appearing therefore, hereby **grants** Plaintiff's Application, and orders

19 as follows:

20     1.   Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the time for

21 Plaintiff to serve defendants with summons and the complaint or amended complaint is extended

22 to 180 days after the Court's ruling on the pending Plaintiff's Ex Parte Application for Leave to

23 Take Limited Discovery Prior to a Rule 26 Conference.

24     2.   The Case Management Conference shall take place on March 22, 2012 at 10:00

25 a.m. All case management and ADR deadlines are adjusted accordingly.

26     **IT IS SO ORDERED.**

27 Date:  August 24        , 2011    _____
                                    Maria-Elena James
28                                  United States Magistrate Judge

(Proposed) Order Vacating Order to Show Cause and Granting
Plaintiff's Application for Extension of Time to Serve Defendants CV 11-02770 MEJ