Clear Form

RECEIVED
NOV - 7 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

New Sensations, Inc.

Plaintiff,

v.

Does 1-1474

Defendant.
_______________________________________/

**CASE NO.** 11-cv-2770-MEJ

**~~(Proposed~~)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Jason Sweet, whose business address and telephone number is Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139, 617-250-8619

and who is an active member in good standing of the bar of the State of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Doe #105 and Doe #107

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~11/1/11~~ 11/10/11

Hon. [illegible]
United [illegible]

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Maria-Elena James
NORTHERN DISTRICT OF CALIFORNIA