Doe # 1039
I.P. Address 74.131.210.125

New Sensations, Inc. v. Does 1-1474
Case No. C 11-2770-MEJ

Clerk's Office
United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102



GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | | |
|---|---|---|
| NEW SENSATIONS, INC, | ) | |
| PLAINTIFF, | ) | Case No. 3:11-cv-02770-MEJ |
| v. | ) | **Motion to Proceed Anonymously** |
| DOES 1-1,474, | ) | |
| DEFENDANTS. | ) | |

To Hon. Judge Maria-Elena James:

Most respectfully, I am hereby moving this Court to permit me to proceed in this action anonymously as Doe #1039, I.P. Address 74.131.210.125. In support of same, I hereby state the following:

Although I certainly recognize that court proceedings, as well as the parties to any court proceedings, generally are public accessible, I am requesting that Your Honor allow me to proceed anonymously in this case, at least through the stage of my filing and this Court ruling upon my Motion to Dismiss for Lack of Personal Jurisdiction and/or Misjoinder and Motion to Quash Subpoena. I filed my Motion to Dismiss for Lack of Personal Jurisdiction and/or Misjoinder and

Hon. Judge Maria-Elena James
November 9, 2011
Page 2

Motion to Quash Subpoena simultaneously with the instant Motion.

On October 12, 2011, I received correspondence from my internet service provider, Insight Communications, informing me that pursuant to a subpoena that it received, Insight Communications would disclose to the Plaintiff my indentifying information unless it receives an Order from this Court instructing it otherwise. See, redacted copy of letter and Subpoena attached hereto as Exhibit "A". To protect my identity, I redacted my identifying information from the attached correspondence from Insight Communications; however, I did not redact the IP address identified in the correspondence, i.e., 74.131.210.125. I have properly and timely contested the subpoena by filing with this Court a Motion to Dismiss for Lack of Personal Jurisdiction and/or Misjoinder and Motion to Quash Subpoena.

In previous cases regarding parties' right to privacy in which the disclosure of personal indentifying information is the injury at issue, Courts have allowed parties to proceed anonymously. See, Roe v. Ingraham, 364 F.Supp. 536, 541 (S.D.N.Y. 1973). My case is analogous to Roe because I cannot disclose my identity without incurring the very injury being litigated against.

As I outline for Your Honor in my Motion to Dismiss for Lack of Personal Jurisdiction and/or Misjoinder and Motion to Quash Subpoena, my position, most respectfully, is that this Court lacks personal jurisdiction over Doe #1039, I.P. Address 74.131.210.125. For that reason, as well as the other reasons identified in this Motion, I request that you permit me to proceed anonymously in

Hon. Judge Maria-Elena James
November 9, 2011
Page 3

this case. Although I am proceeding *pro se* at this time, these pleadings were prepared after I consulted with an attorney.

Respectfully Submitted,

*Doe # 1039*

Doe # 1039
(I.P. Address 74.131.210.125)
*Pro Se*

### CERTIFICATE OF SERVICE

I hereby certify that on this, the 9th day of November, 2011, I sent a copy of this Motion by First Class United States Mail, postage pre-paid, to the following persons:

Ira M. Siegel, Esq.
Law Offices of Ira M. Siegel
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210
*Attorney for Plaintiff*



**Insight**

**Insight Communications**

October 12, 2011

**CONFIDENTIAL**

LD #4360

RE: Notice of Subpoena for Records

Dear Customer:

As a courtesy, we are notifying you that we have received the enclosed subpoena/order for your account information. Your account is associated with an IP Address that was used to obtain a copy of copyrighted creative works. The specific IP address(s), date and time is as follows:

IP: 74.131.210.125 on 4/8/2011 11:25:01 PM

As required by law, we will produce the requested records. This will be in compliance with the subpoena unless we receive a court order prohibiting such disclosure by November 12, 2011. If you have any questions about the subpoena, you should consult an attorney or contact the requesting party as shown on the subpoena at the following address and telephone number:

LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
P: 888.406.1004
Email: subpoena@irasiegellaw.com;

Our apologies but Insight's Customer service is unable to answer any questions regarding this confidential legal matter and has provided to you the information that is available from this Attorney.

Regards,

Marian C. Wright-Cannady
Legal Demands & Regulatory Compliance

Attachment: Subpoena Civil Action No. CV-11-2770-MEJ

**EXHIBIT "A"**

09/26/2011  04:56 p  TO:+1 (866) 6048176  FROM:3106845771       Page: 3

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| New Sensations, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV-11-2770-MEJ |
| | ) | |
| DOES 1-1474 | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of California    ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records, Insight Communications Company (hereinafter "ISP"), Legal Department
810 Seventh Avenue, 41st Floor, New York, NY 10019

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Documents sufficient to identify the names, addresses, telephone numbers, and email addresses of ISP's subscribers assigned the IP addresses identified on Attachment A on the corresponding dates at the corresponding times. You are to comply with this subpoena pursuant to the terms set forth in the Order attached hereto as Attachment B.

| Place: Law Offices of Ira M. Siegel c/o BRS<br>350 S Northwest Highway, Suite 300<br>Park Ridge, IL 60068 | Date and Time:<br>November 30, 2011 at 9:00 a.m. * |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

✱ Compliance with this subpoena may be a multi-step process pursuant to the Order attached (Attachment B). At least the first step should be completed by October 21, 2011, with all steps completed by the date set forth under "Date and Time" above: November 30, 2011. (See paragraphs 4 and 5 of the Order.)

Date: September 26, 2011

*CLERK OF COURT*                         OR          /s/ Ira M. Siegel

*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* New Sensations, Inc. , who issues or requests this subpoena, are:
Ira M. Siegel, Law Offices of Ira M. Siegel, 433 N. Camden Drive, Suite 970, Beverly Hills, CA 90210, Email: subpoena@irasiegellaw.com, Telephone: 888-406-1004

## ATTACHMENT A

Table of Last-Observed Infringements by Defendants of Copyrights in Listed Motion Pictures that Are the Subject of New Sensations, Inc.'s Listed Copyright Registrations

| Doe # | ID | Internet Protocol Address (IP) | Internet Service Provider (ISP) | Motion Picture Title / Copyright Registration Number | Timestamp (U.S. Eastern Time) | Protocol |
|---|---|---|---|---|---|---|
| Doe 1039 | 4000952 | 74.131.210.125 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2011-04-08 19:25:01 -0400 | BitTorrent |
| Doe 1040 | 2508034 | 74.132.24.247 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2011-01-10 06:21:23 -0500 | BitTorrent |
| Doe 1041 | 557329 | 74.133.200.250 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2010-09-25 02:29:47 -0400 | BitTorrent |
| Doe 1042 | 609920 | 74.133.7.145 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2010-09-29 06:26:37 -0400 | BitTorrent |
| Doe 1043 | 2133001 | 74.136.129.178 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2010-12-18 07:49:55 -0500 | BitTorrent |
| Doe 1044 | 4518047 | 74.136.176.10 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2011-05-01 19:21:47 -0400 | BitTorrent |
| Doe 1045 | 4089725 | 74.136.180.114 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2011-04-14 00:59:13 -0400 | BitTorrent |
| Doe 1046 | 779204 | 74.136.250.6 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2010-10-11 13:53:08 -0400 | BitTorrent |
| Doe 1047 | 3101439 | 74.138.132.223 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2011-02-15 21:51:06 -0500 | BitTorrent |
| Doe 1048 | 759376 | 74.138.241.139 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2010-10-10 13:47:42 -0400 | BitTorrent |
| Doe 1049 | 4964496 | 74.138.9.70 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2011-05-22 19:35:18 -0400 | BitTorrent |
| Doe 1050 | 2746918 | 74.140.144.114 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2011-01-25 02:31:30 -0500 | BitTorrent |
| Doe 1051 | 2732601 | 74.140.96.49 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2011-01-24 00:58:44 -0500 | BitTorrent |

09/26/2011   04:56 p   TO:+1 (866) 6048176  FROM:3106845771        Page: 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Doe 1052 | 2650980 | 74.141.82.135 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2011-01-18 21:24:44 -0500 | BitTorrent |
| Doe 1299 | 783078 | 96.28.106.86 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2010-10-11 05:09:53 -0400 | BitTorrent |
| Doe 1300 | 1781368 | 96.28.136.111 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2010-11-23 12:52:38 -0500 | BitTorrent |
| Doe 1301 | 1021649 | 96.28.88.223 | Insight Communications Company | Big Bang Theory A XXX Parody / PA0001682229 | 2010-10-23 22:28:15 -0400 | BitTorrent |