**FILED**

NOV 1 4 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

November 4, 2011

United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

**RECEIVED**

NOV 1 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   New Sensations Inc. V. Does 1-1,474
      United States District Court for the Northern District of California
      Docket No.: CV-11-2770-MEJ
      Order Entered: August 24, 2011 & September 22, 2011
      Comcast File #: 308160

To Whom It May Concern:

Please consider this to be my Motion to Quash or Vacate the above referenced subpoena.

I received the attached letter on October 6, 2011 from Comcast. I have never downloaded a movie or show from Bit Torrent, nor do I even know how to do so. I am not an attorney and I have no idea how to make the filing with the court as Comcast proposes in the attached letter. I do not authorize Comcast to release any information about me or my account and per Comcast hereby request that the motion be quashed or vacated. Please note that the October 11 deadline in the attached letter was extended for me by Comcast on 11/2/11.

Sincerely,


Cc:   Comcast (fax 866-947-5587)

October 11, 2011

Comcast
Comcast Legal Response Center
c/o NE&TO
650 Centerton Road
Moorestown, New Jersey 08057

Re: New Sensations Inc. V. Does 1-1,474
    United States District Court for the Northern District of California
    Docket No.: CV-11-2770-MEJ
    Order Entered: August 24, 2011 & September 22, 2011
    Comcast File #: 308160

To Whom It May Concern:

I received the attached letter on October 6, 2011. I have never downloaded a movie or show from Bit Torrent, nor do I even know how to do so. I am not an attorney and I have no idea how to make a filing with the court as you propose in the attached letter. I do not authorize Comcast to release any information about me or my account.

Sincerely,



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

September 30, 2011

*Personal and Confidential*

*Via UPS Delivery*

Re: *New Sensations, Inc. v. Does 1-1,474*
United States District Court for the Northern District of California
Docket No.: CV-11-2770-MEJ
Order Entered: August 24, 2011 & September 22, 2011
Comcast File #: 308160

Dear

New Sensations, Inc. has filed a federal lawsuit in the United States District Court for the Northern District of California. You have been identified via your assigned Internet Protocol ("IP") address, which is unique to each internet user, in this lawsuit for allegedly infringing New Sensations, Inc.'s copyrights on the Internet by uploading or downloading a movie without permission. This was allegedly done using a computer assigned the IP address on 3/26/2011 23:42:09 ET. The Court has ordered Comcast to supply your name, address and other information to New Sensations, Inc. in the attached Order and accompanying Subpoena. Your case has been assigned Docket Number CV-11-2770-MEJ by the Court. If you have any questions about the lawsuit, you should consult an attorney immediately. Comcast cannot and will not provide any legal advice.

Comcast will provide your name, address and other information as directed in the Order unless you or your attorney file something with the Court in the Northern District of California such as a motion to quash or vacate the Subpoena no later than October 31, 2011. Should you choose to contest the release of your information by filing legal process with the court, it must be filed in the same court where the lawsuit is filed. If you make this filing, you must notify Comcast in writing with a copy of the filing by sending it via fax to **(866) 947-5587** no later than October 31, 2011. **Please note that Comcast cannot accept or file any legal action on your behalf**. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff on the next business day after October 31, 2011.

If you have any questions regarding Comcast's obligations or procedures, you may contact us at **(866) 947-8572**. If you have legal questions about this matter, please contact an attorney.

Sincerely yours,

Comcast Legal Response Center

Attachments: Copy of Court Order dated August 24, 2011, Amended Order dated September 22, 2011 and accompanying Subpoena regarding civil action