**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

Northern District of California

NEW SENSATIONS, INC.,

        Plaintiff,

  v.

DOES 1-1,474,

        Defendants.

_____/

No. C 11-2770 MEJ

**ORDER DENYING DOE DEFENDANT #37's MOTION TO DISMISS (I.P. Address 108.34.138.72)**

**Docket No. 22**

On June 7, 2011, Plaintiff New Sensations, Inc. ("Plaintiff") filed this lawsuit against 1,474 Doe Defendants, alleging that Defendants illegally reproduced and distributed a work subject to Plaintiff's exclusive license, ("*Big Bang Theory: A XXX Parody*"), using an internet peer-to-peer file sharing network known as BitTorrent, thereby violating the Copyright Act, 17 U.S.C. § 101-1322. Compl. ¶¶ 6-15, Dkt. No. 1. On September 22, 2011, the Court granted Plaintiff's Application for Leave to Take Limited Expedited Discovery. Dkt. No. 13. The Court permitted Plaintiff to serve subpoenas on Does 1-1,474's Internet Service Providers ("ISPs") by serving a Federal Rule of Civil Procedure 45 subpoena that seeks information sufficient to identify the Doe Defendants, including the name, address, telephone number, and email address of Does 1-2,590. *Id.* at 11. Once the ISPs provided Does 1-1,474 with a copy of the subpoena, the Court permitted Does 1-1,474 30 days from the date of service to file any motions contesting the subpoena (including a motion to quash or

modify the subpoena). *Id.*

On November 1, 2011, Doe Defendant #37 (I.P. Address 108.34.138.72) filed a Motion to Dismiss. Dkt. No. 22. In his motion, Doe #37 requests that the subpoena be quashed as to him and the case against him dismissed because he does not reside, work, or conduct business in California; has not contracted to supply services in California; the IP address that is identified as assigned to him is not within the jurisdiction of this Court; he has no real property in California; he does not consent to personal jurisdiction in California; he has no business or personal contacts in California; and he has no significant relationship with California. *Id.* at 3.

In response to Defendant's motion, Plaintiff has now filed an opposition. Dkt. No. 36. In its response, Plaintiff argues that it has no means of testing the truthfulness of Defendant's statements because he is attempting to appear anonymously. Plaintiff that the Court, at a minimum, require Defendant to provide his identity and submit a sworn declaration regarding jurisdiction. The Court agrees. As there is no basis for giving any credence to an unsworn statement made by an anonymous person, the Court finds it inappropriate to quash the subpoena, thereby dismissing Doe Defendant #37 from this case, before Plaintiff has an opportunity to learn Doe #37's identity and to determine whether jurisdiction is proper.

Accordingly, Doe Defendant #37's motion to quash is DENIED.

**IT IS SO ORDERED.**

Dated: November 15, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge