UNITED STATES DISTRICT COURT
Northern District of California
San Francisco Division

RECEIVED
2011 NOV 15 P 4: 15

| | | |
|---|---|---|
| NEW SENSATIONS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. C 11-2770 MEJ |
| | § | |
| DOES 1-1,474 | § | |
| | § | |
| Defendants | § | |

ORDER GRANTING DEFENDANT DOE 173'S MOTION TO MAKE AN
ANONYMOUS SPECIAL APPEARANCE, TO QUASH THE SUBPOENA, AND TO
DISMIS FOR MISJOINDER AND/OR LACK OF PERSONAL JURISDICTION

This Court having reviewed Defendant Doe 173's Motion and considered the

premises therein, hereby Grants Defendant Doe 173's Motion to:

1.  Appear Anonymously

2.  Quash Plaintiff's September 26, 2011 Subpoena on Verizon Internet

    Services

3.  Sever the Causes of Action against Defendant Doe 173, and

4.  Dismiss, without prejudice, Plaintiff's Complaint against Defendant Doe
    173.

SO ORDERED.

Entered this _____ day of _____, 2011

_____
Judge Presiding

ORDER GRANTING DEFENDANT DOE 173'S MOTION