Jerome Pandell (State Bar # 260481)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: consult@gamallp.com

Christina M. Gagnier (State Bar #264578)
*Seeking Admission to the Northern District of California*
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorneys for Putative Defendant Doe 305 (IP Address: 207.68.252.6)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-1474, <br><br> Putative Defendants. | Case No. 3:11-CV-02770-MEJ <br><br> **NOTICE OF MOTION TO PROCEED ANONYMOUSLY** |

     PLEASE TAKE NOTICE that on November 22, 2011, Movant Putative Defendant Doe 305 (IP Address: 207.68.252.6), through his undersigned counsel, will move the Court to proceed anonymously.

     Movants' motion is based upon this Notice of Motion, Motion to Proceed Anonymously, on all papers and records on file herein, and on evidence and argument that may be presented at the time of hearing.

| | | |
|---|---|---|
| 1 | Dated:  November 21, 2011 | Respectfully Submitted, |

   /s/ Jerome Pandell

Jerome Pandell (State Bar # 260481)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA  94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: consult@gamallp.com

Christina M. Gagnier (State Bar #264578)
*Seeking Admission to the Northern District of California*
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA  94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorneys for Putative Defendant Doe 305 (IP Address: 207.68.252.6)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 21, 2011, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

                                            GAGNIER MARGOSSIAN LLP

Dated: November 21, 2011              By:   /s/ Jerome Pandell
                                            Jerome Pandell