Jerome Pandell (State Bar # 260481)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: consult@gamallp.com

Christina M. Gagnier (State Bar #264578)
*Seeking Admission to the Northern District of California*
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorneys for Putative Defendant Doe 305 (IP Address: 207.68.252.6)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., | Case No. 3:11-CV-02770-MEJ |
| Plaintiff, | **NOTICE OF MOTION TO QUASH SUBPOENA** |
| vs. | |
| DOES 1-1474, | |
| Putative Defendants. | |

PLEASE TAKE NOTICE that on November 21, 2011, Movant Putative Defendant Doe 305 (IP Address: 207.68.252.6), through his undersigned counsel, will move the Court pursuant to Federal Rule of Civil Procedure 45(c)(3)(A) to quash a subpoena issued by Plaintiff New Sensations, Inc. to third party MetroCast Communications. Fed. R. Civ. P. 45(c)(3)(A) provides that "[o]n timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it requires … disclosure of

1

| | |
|---|---|
| 1 | privileged or other protected matter and no exception or waiver applies," or if it "subjects a person to undue burden." |
| 2 | |
| 3 | |
| 4 | Good cause exists to quash the subpoena because Plaintiff cannot make a showing that its interest in obtaining the true identity of Doe 305 outweighs Doe 305's First Amendment right to speak anonymously on the Internet, or the substantial burden, prejudice, unfairness and inconvenience which compliance with the subpoena will cause to Doe 305. |

privileged or other protected matter and no exception or waiver applies," or if it "subjects a person to undue burden."

Good cause exists to quash the subpoena because Plaintiff cannot make a showing that its interest in obtaining the true identity of Doe 305 outweighs Doe 305's First Amendment right to speak anonymously on the Internet, or the substantial burden, prejudice, unfairness and inconvenience which compliance with the subpoena will cause to Doe 305.

Movants' motion is based upon this Notice of Motion and Motion to Quash Subpoena, the Declaration of Counsel Christina M. Gagnier, the Declaration of Putative Defendant Doe 305, on all papers and records on file herein, and on evidence and argument that may be presented at the time of hearing.

Dated: November 21, 2011          Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　／s／ Jerome Pandell


Jerome Pandell (State Bar # 260481)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: consult@gamallp.com

Christina M. Gagnier (State Bar #264578)
*Seeking Admission to the Northern District of California*
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorneys for Putative Defendant Doe 305 (IP Address: 207.68.252.6)

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2011, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

GAGNIER MARGOSSIAN LLP

Dated: November 21, 2011          By: /s/ Jerome Pandell
                                       Jerome Pandell