Jerome Pandell (State Bar # 260481)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: consult@gamallp.com

Christina M. Gagnier (State Bar #264578)
*Seeking Admission to the Northern District of California*
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorneys for Putative Defendant Doe 305 (IP Address: 207.68.252.6)

FILED
2011 NOV 22 A 9:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-1474, <br><br> Putative Defendants. | Case No. 3:11-CV-02770-MEJ <br><br> **DECLARATION OF DOE 305 IN SUPPORT OF PUTATIVE DEFENDANT DOE 305'S MOTION TO QUASH SUBPOENA** |

I, Doe 305, declare as follows:

1. I am the putative Defendant in the above captioned action going by the assigned pseudonym "Doe 305." My IP address is 207.68.252.6.

2. On <u>October, 11, 2011</u>, I received a letter from my Internet service provider, MetroCast Communications, informing me I had been sued under my IP Address and the pseudonym Doe 305 by the Plaintiff in the above captioned action. The letter also explained that MetroCast Communications had received a subpoena from Plaintiff requesting the release of my true name and address. This letter

1

was mailed to my residence in <u>Oxford, Mississippi</u>. A true and correct copy of this letter, with my street name and house number redacted, is attached to this declaration as **Exhibit 1**).

3. I am a resident of <u>Oxford, Mississippi</u>. I am not a resident of California.

4. I do not maintain, nor have I ever maintained, significant, substantial, ongoing, continuous or systematic contacts, of either a commercial or personal nature, with any person, business or other entity in California.

5. I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, except for those matters stated as information and belief, and those matters I believe to be true, and if called upon to testify I can competently do so as set forth above.

Executed this 21st day of November, 2011 in Oxford, Mississippi.

                                                                             /s/ Doe 305
                                                                             Doe 305

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2011, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

                                                           GAGNIER MARGOSSIAN LLP

Dated: November 21, 2011                          By:   /s/ Jerome Pandell
                                                                                        Jerome Pandell