Jerome Pandell (State Bar # 260481)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: consult@gamallp.com

Christina M. Gagnier (State Bar #264578)
*Seeking Admission to the Northern District of California*
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorneys for Putative Defendant Doe 305 (IP Address: 207.68.252.6)

RECEIVED
2011 NOV 22 A 9:02

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-1474, <br><br> Putative Defendants. | Case No. 3:11-CV-02770-MEJ <br><br> **[PROPOSED] ORDER GRANTING PUTATIVE DEFENDANT DOE 305'S MOTION TO QUASH SUBPOENA** |

The Court, having reviewed Putative Defendant Doe 305's Motion to Quash Subpoena and the supporting documents submitted therewith, and good cause appearing therefore, hereby GRANTS Putative Defendant Doe 305's Motion to Quash.

Date: _____, 2011

_____
**Maria-Elena James**
**United States Magistrate Judge**

1

1
2 | Dated: November 21, 2011  Respectfully Submitted,
3
4 | /s/ Jerome Pandell
5
6 | Jerome Pandell (State Bar # 260481)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
7 | San Francisco, CA 94107
Tel: (909) 447-9819
8 | Fax: (909) 972-1639
Email: consult@gamallp.com
9
10 | Christina M. Gagnier (State Bar #264578)
*Seeking Admission to the Northern District of California*
11 | Gagnier Margossian, LLP
350 Townsend Street, Suite 206
12 | San Francisco, CA 94107
Tel: (909) 447-9819
13 | Fax: (909) 972-1639
Email: gagnier@gamallp.com
14
15 | Attorneys for Putative Defendant Doe 305 (IP Address: 207.68.252.6)
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2011, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

GAGNIER MARGOSSIAN LLP

Dated: November 21, 2011          By: ___/s/ Jerome Pandell_____
                                      Jerome Pandell