UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW SENSATIONS, INC., )<br>)<br>Plaintiff )<br>) CA. 1:11-cv-02770-MEJ<br>v. )<br>)<br>DOES 1 – 1,474, )<br>DOE 105, DOE 107, and DOE 903 )<br>)<br>Defendants. )<br>) | |

**NOTICE OF APPEARANCE OF COUNSEL**

To the Clerk of this Court and all Parties of record,

I, Jason Sweet, am admitted or otherwise authorized to practice *pro hac vice* before this Court in the above-captioned matter. In addition to representing Doe 105 and Doe 107, I am making an appearance for the following Moving Defendant:

Doe 903

Dated: November 28, 2011                              Respectfully,

                                                                           _____
                                                                           Jason E. Sweet (BBO# 668596)
                                                                           BOOTH SWEET LLP
                                                                           32R Essex Street
                                                                           Cambridge, MA 02139
                                                                           Tel.: (617) 250-8619
                                                                           Fax: (617) 250-8883
                                                                           Email: jsweet@boothsweet.com

                                                                           *Pro Hac Vice Appearance*

1

## CERTIFICATE OF SERVICE

      I, Jason Sweet, hereby certify that on this November 28, 2011, I electronically filed the foregoing Notice of Appearance of Counsel, by using the ECF system, thereby causing a true copy of said documents to be served upon counsel of record for each Defendant identified on the Notice of Electronic Filing.

      /s/ Jason Sweet