# Exhibit A

**WHOIS-RWS**         NEW SENSATIONS, INC., v. Does 1-1474

CA. 1:11-cv-02770-MEJ

| Network | |
|---|---|
| NetRange | 173.48.0.0 - 173.63.255.255 |
| CIDR | 173.48.0.0/12 |
| Name | VIS-BLOCK |
| Handle | NET-173-48-0-0-1 |
| Parent | NET173 (NET-173-0-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | |
| Organization | Verizon Online LLC (VRIS) |
| Registration Date | 2008-10-09 |
| Last Updated | 2010-09-07 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/net/NET-173-48-0-0-1 |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

| Organization | |
|---|---|
| Name | Verizon Online LLC |
| Handle | VRIS |
| Street | 22001 Loudoun County Parkway |
| City | Ashburn |
| State/Province | VA |
| Postal Code | 20147 |
| Country | US |
| Registration Date | |
| Last Updated | 2010-08-17 |
| Comments | |
| RESTful Link | http://whois.arin.net/rest/org/VRIS |

| Function | Point of Contact |
|---|---|
| Tech | ZV20-ARIN (ZV20-ARIN) |
| Abuse | VISAB-ARIN (VISAB-ARIN) |

|       |                        |
|-------|------------------------|
| Admin | VIS1-ARIN (VIS1-ARIN)  |

| Point of Contact | |
|---|---|
| Note | ARIN has attempted to validate the data for this POC, but has received no response from the POC since 2011-07-12 |
| Name | Verizon Internet Services |
| Handle | ZV20-ARIN |
| Company | Verizon Internet Services |
| Street | 1880 Campus Commons Dr |
| City | Reston |
| State/Province | VA |
| Postal Code | 20191 |
| Country | US |
| Registration Date | 2001-02-01 |
| Last Updated | 2010-07-12 |
| Comments | Please do not send e-mail to DIA.ADMIN@verizon.com |
| Phone | 800-243-6994 (Office) |
| Email | IPMGMT@verizon.com<br>IPMGMT-SWIP@gnilink.net<br>IPNMC@gnilink.net |
| RESTful Link | http://whois.arin.net/rest/poc/ZV20-ARIN |

# Exhibit A

NEW SENSATIONS, INC., v. Does 1-1474

CA. 1:11-cv-02770-MEJ

| Point of Contact | |
|---|---|
| Name | VIS Abuse |
| Handle | VISAB-ARIN |
| Company | Verizon Internet Services |
| Street | Mail Code: HQGA1M52<br>4055 Corporate Dr |
| City | Grapevine |
| State/Province | TX |
| Postal Code | 76051-2307 |
| Country | US |
| Registration Date | 2002-11-06 |
| Last Updated | 2011-07-11 |
| Comments | |
| Phone | +1-214-513-6711 (Office) |
| Email | security@verizon.net |

| | |
|---|---|
| Email | security@verizon.net <br> abuse@verizon.net |
| RESTful Link | http://whois.arin.net/rest/poc/VISAB-ARIN |

| Point of Contact | |
|---|---|
| Name | Verizon Internet Services |
| Handle | VIS1-ARIN |
| Company | Verizon Internet Services |
| Street | 1880 Campus Commons Dr |
| City | Reston |
| State/Province | VA |
| Postal Code | 20191 |
| Country | US |
| Registration Date | 2002-11-06 |
| Last Updated | 2011-03-03 |
| Comments | |
| Phone | 800-243-6994 (Office) |
| Email | IPMGMT@verizon.com <br> stephen.r.middleton@verizon.com |
| RESTful Link | http://whois.arin.net/rest/poc/VIS1-ARIN |

# Exhibit A

NEW SENSATIONS, INC., v. Does 1-1474

CA. 1:11-cv-02770-MEJ