Christina M. Gagnier (State Bar #264578)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorney for Putative Defendant Doe 152 (IP Address: 173.60.130.235)

ORIGINAL FILED
2011 NOV 30 A 11: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-1474, <br><br> Putative Defendants. | Case No. 3:11-CV-02770-MEJ <br><br> **DECLARATION OF CHRISTINA M. GAGNIER IN SUPPORT OF PUTATIVE DOE DEFENDANT 152'S MOTION TO QUASH SUBPOENA** |

1. I am an attorney, licensed by the State Bar of California (State Bar #264578). The statements in this declaration are based on my personal knowledge.

2. Attached to this declaration as **Exhibit A** are true copies of three web pages of Internet Protocol ("IP") address locator websites, including http://www.infosniper.net, http://freegeoip.net and http://www.ip-address.org/lookup/ip-locator.php, after a search of Doe 152's IP address was performed.

5. According to the materials within **Exhibit B**, it has been shown that the IP Address of Doe 152 in the present action, IP Address: 173.60.130.235, is registered to Verizon Online Services and is located in Chino, California.

3. In accordance with 28 U.S.C. § 1746, I declare and confirm under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on this 30th day of November, 2011.

1
DECLARATION OF CHRISTINA M. GAGNIER IN SUPPORT OF PUTATIVE DOE DEFENDANT
152'S MOTION TO QUASH SUBPOENA – CASE NO. 3:11-CV-02770-MEJ

/s/ Christina M. Gagnier

CHRISTINA M. GAGNIER
*Attorney*

2

DECLARATION OF CHRISTINA M. GAGNIER IN SUPPORT OF PUTATIVE DOE DEFENDANT 152'S MOTION TO QUASH SUBPOENA – CASE NO. 3:11-CV-02770-MEJ

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 30, 2011, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

GAGNIER MARGOSSIAN LLP

Dated: November 30, 2011    By: /s/ Christina M. Gagnier
                                Christina M. Gagnier

# Exhibit A





Screenshot of Safari browser showing infosniper.net IP geolocation lookup for IP 173.60.130.235, displaying a Google Map of Southern California with result location "Chino, United States".

IP Access: 173.60.130.235
Provider: Verizon Internet Services
Hostname: pool-173-60-130-235.lsanca.fios.verizon.net
Timezone: America/Los_Angeles

City: Chino
State (Code): California (CA)
Country: United States
Continent: America

Latitude: 33.9869
Longitude: -117.6555
TLD: US
Postal Code: 91710
GMT Offset: -8