1 | Christina M. Gagnier (State Bar #264578)
Gagnier Margossian, LLP
2 | 350 Townsend Street, Suite 206
San Francisco, CA 94107
3 | Tel: (909) 447-9819
Fax: (909) 972-1639
4 | Email: gagnier@gamallp.com

5 | Attorney for Putative Defendant Doe 152 (IP Address: 173.60.130.235)

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11

NEW SENSATIONS, INC.,

12

Plaintiff,

13

vs.

14

DOES 1-1474,

15

Putative Defendants.

16

Case No. 3:11-CV-02770-MEJ

**[PROPOSED] ORDER GRANTING
PUTATIVE DEFENDANT DOE 152'S
MOTION TO QUASH SUBPOENA**

17

18 | The Court, having reviewed Putative Defendant Doe 152's Motion to Quash Subpoena and the

19 | supporting documents submitted therewith, and good cause appearing therefore, hereby GRANTS

20 | Putative Defendant Doe 152's Motion to Quash.

21

Date: _____ ___, 2011

22 | _____
**Maria-Elena James
United States Magistrate Judge**

23

24

25

26

27

28

1

1 | Dated:  November 30, 2011                    Respectfully Submitted,

2

3                                                      /s/ Christina M.  Gagnier

4                                                Christina M. Gagnier (State Bar #264578)
                                                 Gagnier Margossian, LLP
5                                                350 Townsend Street, Suite 206
                                                 San Francisco, CA  94107
6                                                Tel: (909) 447-9819
                                                 Fax: (909) 972-1639
7                                                Email: gagnier@gamallp.com

8                                                Attorney for Putative Defendant Doe 152 (IP
                                                 Address: 173.60.130.235)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER PUTATIVE DEFENDANT DOE 152'S MOTION TO QUASH SUBPOENA –
CASE NO. 3:11-CV-02770-MEJ

1

## CERTIFICATE OF SERVICE

2

3      The undersigned certifies that on November 30, 2011, the foregoing document was filed with the

4   Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing

5   system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a

6   "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have

7   consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

8                                                            GAGNIER MARGOSSIAN LLP

9

10   Dated: November 30, 2011                    By:  __/s/ Christina M. Gagnier_____
                                                            Christina M. Gagnier
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3