Christina M. Gagnier (State Bar #264578)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorney for Putative Defendant Doe 152 (IP Address: 173.60.130.235)

FILED
2011 NOV 30  A 11: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., | Case No. 3:11-CV-02770-MEJ |
| Plaintiff, | **NOTICE OF MOTION TO PROCEED ANONYMOUSLY** |
| vs. | |
| DOES 1-1474, | |
| Putative Defendants. | |

PLEASE TAKE NOTICE that on November 30, 2011, Movant Putative Defendant Doe 152 (IP Address: 173.60.130.235), through his undersigned counsel, will move the Court to proceed anonymously.

Movants' motion is based upon this Notice of Motion, Motion to Proceed Anonymously, on all papers and records on file herein, and on evidence and argument that may be presented at the time of hearing.

| | | |
|---|---|---|
| 1 | Dated: November 30, 2011 | Respectfully Submitted, |

   /s/ Christina M. Gagnier

Christina M. Gagnier (State Bar #264578)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA  94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorney for Putative Defendant Doe 152 (IP Address: 173.60.130.235)

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 30, 2011, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

GAGNIER MARGOSSIAN LLP

Dated: November 30, 2011         By:   /s/ Christina M. Gagnier
                                       Christina M. Gagnier