Christina M. Gagnier (State Bar #264578)
*Seeking Admission to the Northern District of California*
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorney for Putative Defendant Doe 152 (IP Address: 173.60.130.235)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., | Case No. 3:11-CV-02770-MEJ |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PUTATIVE DEFENDANT DOE 152'S MOTION TO PROCEED ANONYMOUSLY** |
| vs. | |
| DOES 1-1474, | |
| Putative Defendants. | |

The Court, having reviewed Putative Defendant Doe 152's Motion to Quash Subpoena and the supporting documents submitted therewith, and good cause appearing therefore, hereby GRANTS Putative Defendant Doe 152's Motion to Proceed Anonymously.

**Date:** _____, 2011

_____
**Maria-Elena James**
**United States Magistrate Judge**

Dated: November 30, 2011                    Respectfully Submitted,


    /s/ Christina M. Gagnier

Christina M. Gagnier (State Bar #264578)
Gagnier Margossian, LLP
350 Townsend Street, Suite 206
San Francisco, CA 94107
Tel: (909) 447-9819
Fax: (909) 972-1639
Email: gagnier@gamallp.com

Attorney for Putative Defendant Doe 152 (IP Address: 173.60.130.235)

[PROPOSED] ORDER GRANTING MOTION TO PROCEED ANONYMOUSLY – CASE NO. 3:11-CV-02770-MEJ

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 30, 2011, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

                                                                       GAGNIER MARGOSSIAN LLP

Dated: November 30, 2011                           By:   /s/ Christina M. Gagnier
                                                                           Christina M. Gagnier