1

2

3

4                    UNITED STATES  DISTRICT COURT

5                       Northern District of California

6

7

8    NEW SENSATIONS, INC.,                            No. C 11-2770 MEJ

                      Plaintiff,
9        v.                                        **ORDER FOR PLAINTIFF TO FILE
                                                    DECLARATION RE: CASE STATUS**
10   DOES 1-1,474,

11                    Defendants.

12
     _____/
13

14        On June 7, 2011, Plaintiff New Sensations, Inc. ("Plaintiff") filed this lawsuit against 1,474

15   Doe Defendants, alleging that Defendants illegally reproduced and distributed a work subject to

16   Plaintiff's exclusive license, ("*Big Bang Theory: A XXX Parody*"), using an internet peer-to-peer file

17   sharing network known as BitTorrent, thereby violating the Copyright Act, 17 U.S.C. § 101-1322.

18   Compl. ¶¶ 6-15, Dkt. No. 1.  On September 22, 2011, the Court granted Plaintiff's Application for

19   Leave to Take Limited Expedited Discovery.  Dkt. No. 13.  The Court permitted Plaintiff to serve

20   subpoenas on Does 1-1,474's Internet Service Providers ("ISPs") by serving a Federal Rule of Civil

21   Procedure 45 subpoena that seeks information sufficient to identify the Doe Defendants, including

22   the name, address, telephone number, and email address of Does 1-1,474.  *Id.* at 11.  Once the ISPs

23   provided Does 1-1,474 with a copy of the subpoena, the Court permitted Does 1-1,474 30 days from

24   the date of service to file any motions contesting the subpoena (including a motion to quash or

25   modify the subpoena).  *Id.*

26        Since granting Plaintiff's request, a check of the Court's docket disclosed that no defendant

27   has appeared and no proof of service has been filed.  Further, the Court is aware that this case is but

28   one of the many "mass copyright" cases to hit the dockets of federal district courts across the

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  country in recent months.  Like in this case, after filing the suit, the plaintiff seeks discovery from

2  ISPs who

3  possess subscriber information associated with each IP address.  With the subscriber information in

4  hand, the court is told, the plaintiff can proceed to name the defendants in the conventional manner

5  and serve each defendant, so that the case may proceed to disposition.  This disposition might take

6  the form of settlement, summary judgment, or if necessary, trial.  In most, if not all, of these cases, if

7  the plaintiff is permitted the requested discovery, none of the Doe defendants are subsequently

8  named in the cases; instead, the plaintiff's counsel sends settlement demand letters and the

9  defendants are subsequently dismissed either by the Court or voluntarily by the plaintiff.

10          As Plaintiff in this case has yet to name a single Doe Defendant, the Court hereby ORDERS

11  Plaintiff's counsel to file a declaration which provides the following information:

12          1)      Each Doe Defendant listed separately by number and IP address;

13          2)      The Doe Defendant's ISP;

14          3)      The date on which Plaintiff served the order granting discovery on the ISP;

15          4)      The date on which the ISP served the subpoena on the Doe Defendant;

16          5)      Whether the ISP has provided the Doe Defendant's identifying information
                   and, if provided, the date on which it was provided to Plaintiff;

17

18          6)      If Plaintiff has obtained the Doe Defendant's identifying information, an
                   explanation as to why the defendant has not been named and why no proof of
19                 service has been filed, as well as why the Court should not dismiss the
                   defendant pursuant to Federal Rule of Civil Procedure 4(m); and

20          7)      If Plaintiff has obtained the Doe Defendant's identifying information and the
                   location is outside of the Northern District of California, why the Court
21                 should not dismiss the Doe Defendant for lack of jurisdiction and/or improper
                   venue.

22          Plaintiff shall file its status report by December 8, 2011.

23          **IT IS SO ORDERED.**

24

25  Dated: December 1, 2011

26                                                  _____

27                                                  Maria-Elena James
                                                    Chief United States Magistrate Judge

28

2