November 24, 2011

To: Maria-Elena James, Chief U.S. Majistrate Judge

Also, to: Clerk of US District Court, Northern District of California

Referencing: Civil Action No. CV-11-2770-MEJ

New Sensations, Inc. (Plantiff) v DOES 1-1474 (Defendant)

## MOTION OF QUASH/OBJECTION

I received a supoena/documentation regarding this case. This notification is to let you know that I am filing A MOTION OF QUASH/OBJECTION, being named in this case. I DID NOT participate, whatsoever, and am being accused of something I did not do. I am an elderly person, who just recently got a laptop only to communicate with my family members. I have NO IDEA how to "download" anything, which I am being accused of. Please know that I am a honest, Christian person who has NEVER done anything illegal, and feel violated that I am being accused of something like this. Please respond back to me and let me know that this has been taken care of. Thank you so much for your time and understanding.

Sincerely,

Jack Farris

7 Wood River Road

Lake Ozark, Mo. 65049

1