11/17/11

Dear Sir

Re: Comcast File #308150
    Docket CV-11-2770-MEJ

I do not have any idea how this could have occurred

1 - I don't believe is stealing anyone's works
2 - I wouldn't have done this act because frankly, I wouldn't know how.
3. The day in question, I was in Los Angeles to celebrate my daughter's graduation from law school returning to Fresno on Monday.
4 - I am 67 and not all that gifted in the art of computers and my husband will not use or ever used a computer.
5 - And being 67, I have never heard of Big Bang Theory or whatever Bit Torrent is about.
6 - I did not open my computer to anyone for file sharing if I even knew how to.
7 - My husband and I are both clueless regarding this matter.

Edwina Seidel
7121 W San Madele
Fresno, CA 93723

Copy to Ira Siegel