Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff New Sensations, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Sensations, Inc.<br><br>            Plaintiff,<br><br>      v.<br><br>DOES 1-1474,<br><br>            Defendants. | CASE NO. CV-11-2770-MEJ<br><br>**Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 10, 13, 22, 102, 109, 133, 139, 166, 247, 337, 409, 560, 574, 705, 938, 1039, 1190, 1315, 1327, 1406** |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 10 | 108.12.181.37 | 2011-01-23 14:04:38 -0500 |
| Doe 13 | 108.13.109.199 | 2010-10-18 20:14:48 -0400 |
| Doe 22 | 108.18.244.105 | 2010-12-23 23:16:05 -0500 |
| Doe 102 | 173.48.135.198 | 2011-05-23 22:36:32 -0400 |
| Doe 109 | 173.49.125.75 | 2011-04-24 23:04:13 -0400 |
| Doe 133 | 173.57.117.72 | 2011-03-26 20:09:15 -0400 |
| Doe 139 | 173.57.92.90 | 2010-12-28 17:45:56 -0500 |
| Doe 166 | 173.62.241.57 | 2011-04-24 21:34:46 -0400 |
| Doe 247 | 174.24.27.243 | 2011-04-23 16:36:26 -0400 |

| | | |
|---|---|---|
| Doe 337 | 216.36.16.245 | 2010-12-05 06:25:17 -0500 |
| Doe 409 | 24.196.132.206 | 2010-09-13 12:38:17 -0400 |
| Doe 560 | 67.182.11.42 | 2011-05-05 04:51:27 -0400 |
| Doe 574 | 67.212.108.77 | 2011-03-22 13:20:01 -0400 |
| Doe 705 | 69.124.66.49 | 2011-04-08 23:28:47 -0400 |
| Doe 938 | 72.15.104.189 | 2010-12-23 06:18:49 -0500 |
| Doe 1039 | 74.131.210.125 | 2011-04-08 19:25:01 -0400 |
| Doe 1190 | 76.173.147.208 | 2011-04-20 06:04:56 -0400 |
| Doe 1315 | 97.112.0.154 | 2010-11-04 23:53:12 -0400 |
| Doe 1327 | 97.125.42.240 | 2010-10-05 16:09:58 -0400 |
| Doe 1406 | 98.169.50.56 | 2011-05-28 13:04:35 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: December 14, 2011

*/s/ Ira M. Siegel*
Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff New Sensations, Inc.

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. CV-11-2770-MEJ          2