| | |
|---|---|
| **NEW SENSATIONS, INC.** <br><br> Plaintiff <br><br> v. <br><br> **DOES 1-1,474** <br><br> Defendants | IN THE <br><br> UNITED STATES DISTRICT COURT <br><br> NORTHERN DISTRICT OF CALIFORNIA <br><br> Case No.: C 11-2770 MEJ |

## MOTION TO DISMISS, OR IN THE ALTERNATIVE TO QUASH SUBPOENA

Comes now Defendant Jane Doe (ISP 71.179.239.110) (hereinafter "Defendant") and respectfully represents as follows:

1. Defendant has not yet been served with any process, complaint, summons, or any process regarding this matter.

2. Defendant does NOT consent to the jurisdiction of this Honorable Court, the United States District Court for the Northern District of California.

3. Defendant has no minimal contact or connection whatsoever with the state of California.

4. This Honorable Court lacks personal jurisdiction over Defendant.

5. Plaintiff New Sensations, Inc. issued a subpoena to Verizon Internet Services on September 26, 2011, commanding Verizon to release the name, address, telephone number, and email address of ISP subscribers through identified IP addresses.

6. The release of Defendant's the name, address, telephone number, and/or email address based on her IP address would constitute a violation of Defendant's privacy.

7. Furthermore, the issuance of this subpoena is merely Plaintiff's "fishing expedition" for defendants.

WHEREFORE, Defendant Jane Doe (71.179.239.110) respectfully requests the following relief:

A. That Plaintiff's case be DISMISSED.

B. That Plaintiff's subpoena to Verizon Internet Services be QUASHED.

C. For such other and further relief as the nature of her cause may require.

_Jane Doe_
JANE DOE, ISP 71.179.239.110
c/o Verizon Legal Compliance
**Custodian of Records
P.O. Box 1001
San Angelo, TX 76902**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  15th  day of  December  2011, a copy of the foregoing Motion to Dismiss, or in the Alternative to Quash Subpoena, was sent via first-class U.S. Mail, postage pre-paid to:

**Ira M. Siegel**
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210-4426
*Attorney for Plaintiff*

&

**Verizon Legal Compliance**
P.O. Box 1001
San Angelo, TX 76902

_____
Jane Doe, ISP #71.179.239.110